IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN BODNARI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-257-GMS |
| ) | |
| THOMAS CARROLL, ) | |
| Warden, and CARL C. ) | |
| DANBERG, Attorney ) | |
| General of the State of ) | |
| Delaware, ) | |
| ) | |
| Respondents. ) | |

**AEDPA ELECTION FORM**

1. ✓_____  I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____  I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____  I wish to withdraw my § 2254 petition

   without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See <u>Swartz v. Meyers</u>, 204 F.3d 417 (3d Cir. 2000).

4. _____   I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

     *[signature]*
     Petitioner

I/M JULIAN RODMARI
SBI# 420964  UNIT S-1 D-21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
22 MAY 2006 PM 2 L

UNITED STATES DISTRICT COURT
844 N. KING STREET
LOCKBOX 18
WILMINGTON D.E
19801-3570