D.I. #_____

## CIVIL ACTION NUMBER: 06cv 257

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.20 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | 8.45 |
| Total Postage & Fees | $ |

06-257 Gms

Sent To: WARDEN TOM CARROLL
Street, Apt. No. or PO Box No.: DELAWARE CORRECTIONAL CENTER 1181 PADDOCK RD.
City, State, ZIP+4: SMYRNA, DE 19977

7005 1820 0004 3169 6527

PS Form 3800, June 2002       See Reverse for Instructions