**D.I. #**_____

# CIVIL ACTION
# NUMBER: _____06cv 257_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

