United States District Court
For the District of Delaware

# Acknowledgement of Service Form
# For Service By Return Receipt

Civil Action No. 06-257 GMS

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.



FILED
JUN 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WARDEN TOM CARROLL
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK RD.
SMYRNA, DE 19977

06-257 GMS

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Beatrice Oney
☐ Agent
☐ Addressee

B. Received by (Printed Name): Beatrice Oney
C. Date of Delivery: 6/15/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0004 3169 6527

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540