### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JULIAN BODNARI**, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Civ. Act. No. 06-257-GMS |
| | : |
| **THOMAS L. CARROLL**, | : |
| Warden, and **CARL C. DANBERG**, | : |
| Attorney General for the State of Delaware, | : |
| | : |
| Respondents. | : |

### MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1.  The petitioner, Julian Bodnari, has applied for federal habeas relief, challenging his July 2000 conviction in Delaware Superior Court jury trial of trafficking in cocaine, possession of a firearm during the commission of a felony, carrying a concealed deadly weapon, and numerous other related offenses. D.I. 1. By the terms of the Court's order, the answer is due to be filed on July 31, 2006.

2.  Counsel has been, and continues to be, diligently working on numerous cases before this Court and the state courts. However, due to the two vacancies currently in the Appeals Division, the workload for the remaining attorneys has greatly increased. Counsel is doing her best to prioritize cases by date received. I filed one answer to a federal habeas petition today and I anticipate filing an answer with co-counsel in another federal habeas case tomorrow. The Chief of Appeals will be out of the office for a week in early August for a work seminar and the undersigned

will be out of town on a prepaid vacation for different week that month. In light of the situation, additional time is needed to complete the answer and have it reviewed in the ordinary course of business.

3.  Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2). *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985). The comment to Rule 4 expressly states that the district court has "the discretion to take into account various factors such as the respondent's workload" in determining the period of time that should be allowed to answer the petition.

4.  This is respondents' first request for an extension of time in this case.

5.  Respondents submit that an extension of time to and including September 8, 2006, in which to file an answer is reasonable. Respondents submit herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759

DATE: July 27, 2006

**RULE 7.1.1 CERTIFICATION**

  I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

                  <u>/s/ Elizabeth R. McFarlan</u>
                  Deputy Attorney General

                  Counsel for Respondents

Date:  July 27, 2006

## CERTIFICATE OF SERVICE

     I hereby certify that on July 27, 2006, I electronically filed a motion for extension of time with attachment with the Clerk of Court using CM/ECF. I also hereby certify that on July 27, 2006, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

    Julian Bodnari
    SBI No. 004290964
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

                                                /s/ Elizabeth R. McFarlan
                                                Deputy Attorney General
                                                Department of Justice
                                                820 N. French Street
                                                Wilmington, DE 19801
                                                (302) 577-8500
                                                Del. Bar. ID No. 3759
                                                elizabeth.mcfarlan@state.de.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JULIAN BODNARI**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-257-GMS |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**ORDER**

This _____ day of _____, 2005,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before September 8, 2006.

_____
United States District Judge