IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JULIAN BODNARI**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-257-GMS |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**SECOND MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1. The petitioner, Julian Bodnari, has applied for federal habeas relief, challenging his July 2000 conviction in Delaware Superior Court jury trial of trafficking in cocaine, possession of a firearm during the commission of a felony, carrying a concealed deadly weapon, and numerous other related offenses. D.I. 1. By the terms of the Court's order, the answer is due to be filed on September 8, 2006.

2. Counsel has been, and continues to be, diligently working on numerous cases before this Court and the state courts. However, due to her extensive current workload, counsel has fallen somewhat behind schedule. Counsel is doing her best to prioritize cases. Counsel has filed four federal habeas answers and two answering briefs in state appeals during the last month (counsel was away for a week during that time). In addition, counsel anticipates filing another habeas answer and another answering brief this week. In light of the situation, additional time is needed to complete the

answer and have it reviewed in the ordinary course of business.

    3.    Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2). *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985). The comment to Rule 4 expressly states that the district court has "the discretion to take into account various factors such as the respondent's workload" in determining the period of time that should be allowed to answer the petition.

    4.    This is respondents' second request for an extension of time in this case.

    5.    Respondents submit that an extension of time to and including September 15, 2006, in which to file an answer is reasonable. Respondents submit herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759

DATE: September 5, 2006

**RULE 7.1.1 CERTIFICATION**

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

/s/ Elizabeth R. McFarlan
Deputy Attorney General

Counsel for Respondents

Date:  September 5, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2006, I electronically filed a motion for extension of time with attachment with the Clerk of Court using CM/ECF. I also hereby certify that on September 5, 2006, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

> Julian Bodnari
> SBI No. 004290964
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977

>                                         /s/ Elizabeth R. McFarlan
>                                         Deputy Attorney General
>                                         Department of Justice
>                                         820 N. French Street
>                                         Wilmington, DE 19801
>                                         (302) 577-8500
>                                         Del. Bar. ID No. 3759
>                                         elizabeth.mcfarlan@state.de.us

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JULIAN BODNARI**, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 06-257-GMS |
| **THOMAS L. CARROLL**, Warden, and **CARL C. DANBERG**, Attorney General for the State of Delaware, | : |
| Respondents. | : |

## ORDER

This _____ day of _____, 2006,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before September 15, 2006.

_____
United States District Judge