**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **JULIAN BODNARI**, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | :    Civ. Act. No. 06-257-GMS |
| | : |
| **THOMAS C. CARROLL**, | : |
| Warden, and **CARL C. DANBERG**, | : |
| Attorney General for the State of Delaware, | : |
| | : |
| Respondents. | : |

**NOTICE OF FILING OF STATE COURT RECORDS**

    1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

        a. Appellants' Opening Brief & Appendix  (No. 97, 2003)

        b. State's Answering Brief & Appendix (No. 97, 2003)

        c. State's Supplemental Appendix (No. 97, 2003)

        d. Appellant's Reply Brief (97, 2003)

        e. Order (December 3, 2003) (No. 97, 2003)

        f. Appellant's Opening Brief & Appendix (No. 160, 2005)

        g. State's Answering Brief & Appendix (No. 160, 2005)

        h. Appellant's Reply Brief (No. 160, 2005)

        i. Order (Jan. 18, 2006) (No. 160, 2005).

    2. Notice is also hereby given that a certified copy of the Delaware Superior Court Criminal Docket in ID No. 9909027880 has been manually filed with the Court and is available in paper form

only.

    3.  The Rule 61 affidavit filed by petitioner's trial counsel in response to allegations of ineffective assistance of counsel raised in petitioner's postconviction proceeding can be found in the State's Appendix in No. 160, 2005 at B16.

    /s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

September 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on September 15, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Julian Bodnari
    SBI No. 004290964
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us