October 18, 2007

Hon. Gregory Sleet
District Judge
844 King Street
Lock Box 18
Wilmington, Delaware 19801

Re: Bodnari v. Carroll et al., CA No. 06-257 GMS

Dear Judge Sleet:

I am writing in regards to the above case pending before your court. The reason I am writing, is that there has been 'NO' action taken in my case since a Sept. 06 filing I did and since then there has been NO orders issued thereto. I am aware of the time constraints involved this type of litigation and would ask the court to notify me if there has been any court action/orders issued since the aforesaid last filing as I have NOT received same. Thank you for your time and please send me a copy of the docket and your response accordingly.

xc: file

**FILED**
OCT 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Very Truly Yours,

x _Julian Bodnari_

Julian Bodnari Pro Se
1181 Paddock Rd
Smyrna, DE 19977