06/05/08

TO CLERK OF THE U.S. DISTRICT COURT
FROM JULIAN BODNARI SBI 420364
CIVIL CASE # 1:06-CV-00257-GMS

DEAR CLERK CAN YOU PLEASE SEND ME A COPY OF MY COURT DOCKT FOR MY CASE # 1:06-CV-00257-GMS. THANK YOU FOR HELP ON THIS MATTER.

SINCERELY YOURS
Julian Bodnari



FILED
JUN - 9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



WILMINGTON DE 197
06 JUN 2008 PM 2 L

IN JUAN BONNAR
SB# 420-964    UNIT 23 B-V-4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE OF THE CLERK
US DISTRICT COURT
844 N KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801-3570

19801435 70