06/06/08

TO HONORABLE GREGORY M. SLEET
FROM SULIAN BODNARI SBI 420 964
CIVIL CASE #. 1:06-CV-00257-GMS

YOUR HONOR I AM WRITING TO YOU IN REFERENCE TO MY WRIT OF HABEAS CORPUS THAT I HAVE FILE ON 04/20/06, THE LAST ENTRY ON THE COURT DOCKET THAT I HAVE RECEIVE ON 10/25/07, IS DATED FOR 07/27/2006, AND THAT WAS MY REPLY (TRAVERSE) TO THE STATS ANSWER TO MY HABEAS CORPUS. IT IS GOING NOW ON 21 MONTHS SINCE THAT ENTRY, AND I WAS WANDERING IF THER IS ANY PROBLEM WITH MY, OR IF THIER IS ANY MISUNDERSTANDING IN THE CASE, AND IF THIER IS ANYTHING I CAN DO TO HELP TO BRING THIS CASE TO A RESOLUTION. I WANT TO THANK THIS COURT FOR YOUR TIME, AND HOPE TO HEAR BACK SOON

RESPECTFULLY YOURS

Sulian Bodnari



FILED
JUN 17 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Sender: [...] OMAR[...], UNIT 23 [...], [...] CORRECTIONAL CENTER, [...] ROAD, [...] DELAWARE 19977

Postmark: WILMINGTON DE 197, 16 JUN 2008 PM 2 L, USA 42

Addressed to:
HONORABLE GREGORY M. SLEET
US DISTRICT COURT RECEIVED JUN 17
844 KING STREET
WILMINGTON, DELAWARE 19801-3570