OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

June 17, 2008

TO:

**Julian Bodnari**  
SBI# 420964  
Delaware Correction Center  
1181 Paddock Road

    **RE:   STATUS OF HABEAS PETITION**  
          **CA 06-257 GMS**

Dear Mr. Bodnari:

    This is in response to your letter received 6/17/08 requesting the status of your case. Your case is assigned to the Honorable Gregory M. Sleet and is pending before the Court. You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                      Sincerely,

/rwc                                     PETER T. DALLEO  
                                              CLERK

cc:   The Honorable Gregory M. Sleet

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

2